IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONETTE E. SACCAMENO, | ) | 15 CV 1164 |
| | ) | |
| Plaintiff, | ) | Hon. Joan B. Gottschall |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC; U.S. BANK | ) | |
| NATIONAL ASSOCIATION AS TRUSTEE FOR | ) | |
| THE C-BASS MORTGAGE LOAN ASSET- | ) | |
| BACKED CERTIFICATES, SERIES 2007 RP1; | ) | |
| POTESTIVO & ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

NOW COMES, Defendant, POTESTIVO & ASSOCIATES, P.C., ("Potestivo"), by and through its attorney, POTESTIVO & ASSOCIATES, P.C., and moves to dismiss Count III of MONETTE SACCAMENO's ("Plaintiff") Amended Complaint for failure to state a claim for which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

                                                       Respectfully submitted,

                                             By: /s/ David F. Pustilnik
                                               POTESTIVO & ASSOCIATES, P.C.
                                               223 W. Jackson Blvd., Suite 610
                                               Chicago, IL 60606
                                               Telephone: (312) 263-0003
                                               Main Fax: (312) 263-0002
                                               *Attorney for Defendant Potestivo &*
                                               *Associates, P.C.*

## CERTIFICATE OF SERVICE

I, David F. Pustilnik, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 20, 2015                                                        /s/ David F. Pustilnik