**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONETTE E. SACCAMENO, | |
| Plaintiff, | |
| v. | Honorable Joan B. Gottschall |
| OCWEN LOAN SERVICING, LLC; and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007, RP1, | Case No.: 15-cv-01164 |
| Defendants. | |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS**

Plaintiff, by and through counsel, in accordance with the January 6, 2017 and January 31, 2017 Orders and pursuant to the Federal Rule of Civil Procedure 26(a)(2)(A), discloses the following expert witness to be called at trial:

**WITNESS RETAINED BY DISCLOSING PARTY**

The following person has been retained to provide expert testimony:

> Bernard Jay Patterson, C.F.E.
> Full Disclosure, LLC
> 646 Quapaw Avenue
> Hot Springs, AR 71901
> (501) 796-1108

Mr. Patterson's curriculum vitae is attached to his report provided herewith to Defendants' counsel. Mr. Patterson has previously been identified in Plaintiff's Rule 26(a)(1) disclosures. Mr. Patterson will serve as Plaintiff's forensic accountant and will provide a forensic investigation, examination and analysis of the mortgage loan servicing transactions from the servicing system of record during the life of Plaintiff's loan.

In accordance with the January 6, 2017 and January 31, 2017 Orders, Mr. Patterson has submitted his report and the same has been provided to counsel for Ocwen on this date.

Dated February 2, 2017.

                                         */s/ Nick Wooten*
                                         Nick Wooten, Esq.
                                         Nick Wooten, LLC
                                         4935 Bay Hill Drive
                                         Conway, AR 72034
                                         Phone (334) 887-3000
                                         Email:   nick@nickwooten.com

                                         *One of Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 2, 2017, a true and correct copy of the foregoing **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS** was served upon counsel of record via electronic filing:

Robert Brunner *BrunnerR@bryancave.com*
Jena M. Valdetero *jena.valdetero@bryancave.com*
Aaron E. Davis *aaron.davis@bryancave.com*
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
*Attorneys for Ocwen Loan Servicing, LLC and*
*U.S. Bank National Association*

                                           */s/ Nick Wooten*
                                           Nick Wooten