# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Monette E. Saccameno

                    Plaintiff,

v.                                                Case No.: 1:15−cv−01164

                                                            Honorable Joan B. Gottschall

Ocwen Loan Servicing, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Because a briefing schedule was already set (see ECF No. [169]), the presentment hearings on the motions in limine filed 12/15/17 (ECF Nos. [175], [177], [179], [181], [183], [185], [187], [189], [191]) noticed for 1/12/18 are stricken. Defendants' motions to reconsider (ECF Nos. [170], [172]) are briefed as follows: responses due: 12/29/17; replies due: 1/5/18. The presentment hearings noticed for 1/5/18 are stricken. No appearance is required on 1/5/18 or 1/12/18 to present the motions to reconsider or motions in limine. Unless the court determines that a hearing is needed, the court will rule on the motions to reconsider by mail and rule on the motions in limine either by mail or at the pretrial conference. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.