# "EXHIBIT A" to Pretrial Order

# Plaintiff Monette Saccameno's Exhibit List

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 1 | 01/03/2002 | Mortgage, Note and Assignments<br><br>2nd Amended Complaint *Exhibit A* | No Objection | |
| 2 | 02/09/2009 | Cook County Chancery Division Docket and Complaint to Foreclose *US Bank Trustee v. Saccameno, et al.* (2009-CH-05697)<br><br>Saccameno 001295-001302; Ocwen.Sacc.001773-001776 | No Objection | |
| 3 | 12/31/2009 | Saccameno Chapter 13 - Schedule D – Creditors Holding Secured Claims<br><br>2nd Amended Complaint *Exhibit B* | No Objection | |
| 4 | 12/31/2009 | Saccameno Chapter 13 – Original Chapter 13 Plan<br><br>2nd Amended Complaint *Exhibit C* | No Objection | |
| 5 | 02/02/2010 | Saccameno Chapter 13 – Modified Chapter 13 Plan<br><br>2nd Amended Complaint *Exhibit D* | No Objection | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 6 | 02/15/2010 | Saccameno Chapter 13 – Litton Loan Servicing Proof of Claim 1-1<br><br>Feezer Deposition *Exhibit 24* | No Objection | |
| 7 | 02/17/2010 | Saccameno Chapter 13 – Order Confirming Chapter 13 Plan<br><br>2nd Amended Complaint *Exhibit E* | No Objection | |
| 8 | 08/15/2011 | Litton Loan Servicing Notice of Servicing Transfer (RESPA) and Welcome to Ocwen Loan Servicing, LLC<br><br>Monette Saccameno Deposition *Exhibit 5* | No Objection | |
| 9 | 10/11/2011 | Saccameno Chapter 13 – Transfer of Claim for Security (Litton Loan Servicing to Ocwen Loan Servicing, LLC) | No Objection | |
| 10 | 06/27/2013 | Saccameno Chapter 13 – Trustee's Notice of Final Cure Payment to Ocwen<br><br>Feezer Deposition *Exhibit 9* | No Objection | |
| 11 | 06/27/2013 | Saccameno Chapter 13 – Discharge of Debtor After Completion of Chapter 13 (with Certificate of Notice served electronically on Ocwen) | No Objection | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | 2nd Amended Complaint *Exhibit H* | | |
| 12 | 09/20/2013 | Saccameno Chapter 13 – Trustee's Final Report and Account | No Objection | |
| 13 | 03/19/2015 | Saccameno Chapter 13 – Trustee's Financial Detail Disbursement History to Ocwen Loan Servicing<br><br>Ocwen.Sacc.000001-000002 | No Objection | |
| 14 | 07/06/2013 | Ocwen Letter to Saccameno "**severely delinquent mortgage loan**"<br><br>Saccameno 000415-000417 | No Objection | |
| 15 | 08/06/2013 | Saccameno Fax to Ocwen (previously faxed 07-15-2013)<br><br>Saccameno 000010-000016 | No Objection | |
| 16 | 08/14/2013 | Ocwen response to Saccameno's "request to refinance the loan"<br><br>2nd Amended Complaint *Exhibit I* | No Objection | |
| 17 | 08/14/2013 | Ocwen response to Saccameno's request for information (Account History 07/18/2011-08/06/2013)<br><br>Monette Saccameno Deposition *Exhibit 15* | No Objection | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 18 | 09/15/2011 to 07/14/2015 | Ocwen Notes Log<br>Feezer Deposition *Exhibit 1*<br><br>Ocwen.Sacc.002261-002443 | No Objection | |
| 19 | 11/17/2006 to 09/26/2011 | Litton Payment History<br>Feezer Deposition *Exhibit 2*<br><br>Ocwen.Sacc.000003-000024 | No Objection | |
| 20 | 01/01/2005 to 11/14/2006 | AMC Mortgage Services Account Activity Statement<br>Feezer Deposition *Exhibit 3*<br><br>Ocwen.Sacc.000025-000044 | No Objection | |
| 21 | 07/18/2011 to 04/02/2014 | Ocwen Payment History<br>Feezer Deposition *Exhibit 4*<br><br>Ocwen.Sacc.000045-000056 | No Objection | |
| 22 | 07/18/2011 to 07/14/2015 | Ocwen Accounting<br>Feezer Deposition *Exhibit 5*<br><br>Ocwen.Sacc.002444-002447 | No Objection | |
| 23 | 07/17/2011 to 08/02/2016 | Ocwen Detail Transaction History<br>Feezer Deposition *Exhibit 6*<br><br>Ocwen.Sacc.002455-002460 | No Objection | |
| 24 | 07/17/2011 to 09/27/2016 | Ocwen Payment Reconciliation<br>Feezer Deposition *Exhibit 7*<br><br>Ocwen.Sacc.002461-002463 | No Objection | |
| 25 | 07/27/2011 10/08/2013 | Returned Payments<br><br>Saccameno000332; Saccameno000330; | No Objection | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | 11/30/2013 01/06/2014 01/28/2014 | Saccameno000373; Saccameno000331; Saccameno000374 | | |
| 26 | 06/30/2014 | Affidavit of Amounts Due and Owing (Foreclosure)<br><br>Feezer Deposition *Exhibit 12*<br><br>Ocwen.Sacc.001790-001792 | No Objection | |
| 27 | 01/02/2015 | Loss Mitigation Affidavit (Foreclosure)<br><br>Feezer Deposition *Exhibit 13*<br><br>Ocwen.Sacc.002078-002082 | No Objection | |
| 28 | 01/02/2015 | Emails from / to Holly Christian with Screen Shots<br><br>Ocwen.Sacc.001779-001786 | No Objection | |
| 29 | 02/13/2015 | Proposed Modification Agreement<br><br>Ocwen.Sacc.001933-001937 | No Objection | |
| 30 | 05/14/2015 | Ocwen Letter to Saccameno Ineligible for Loan Modification<br><br>Ocwen.Sacc.001915-001918 | No Objection | |
| 31 | 2011 through 2015 | Cumulative Exhibit – Ocwen Notices, Statements to Saccameno<br><br>Ocwen.Sacc.001063-001128 Ocwen.Sacc.001856-001937 Ocwen.Sacc.001942-002074 | No Objection | |

| # | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | Ocwen.Sacc.002114-002210 | | |
| 32 | 07/09/2015 | Proposed Modification Agreement with Balloon<br><br>Ocwen.Sacc001923-001928 | No Objection | |
| 33 | 03/20/2014 | Susan Van Sky Letter to Ocwen<br><br>Saccameno 000294 | No Objection | |
| 34 | 04/28/2014 | Susan Van Sky Letter to Ocwen<br><br>Saccameno 000292-000293 | No Objection | |
| 35 | 05/27/2015 | Cumulative Exhibit Saccameno Credit Disputes to TransUnion, Equifax and Experian<br><br>Saccameno 000262-000288 | **OBJECTION** - FRE 402 and 403 – There is no FCRA claim | |
| 36 | 06/2015 | Cumulative Exhibit Credit Reports – TransUnion, Equifax, Experian<br><br>Saccameno000202-000216 | **OBJECTION** - FRE 402 and 403 – there is no FCRA claim | |
| 37 | Undated | Jill Anderson Narrative Anderson Deposition *Exhibit 2 (retained by Ocwen's counsel)*<br><br>Saccameno 00289-000290 | **OBJECTION** – hearsay and see motion *in limine* re job loss and medical condition / causation | |
| 38 | 07/15/2013 through 05/21/2014 | Ocwen Call Log<br><br>Ocwen.Sacc.002465-002468 | No Objection | |

6

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 39 | 01/27/2011 through 08/18/2015 | Medical Records – Dr. William J. Sarantos<br><br>Dr. Sarantos' Deposition *Exhibits 2 and 3* | **OBJECTION** – see motions *in limine* and *Daubert* motion | |
| 40 | 02/02/2017 | Plaintiff's Expert Witness Report Prepared by: Bernard Jay Patterson<br><br>Patterson Deposition *Exhibits B & C* | **OBJECTION** – see motions *in limine* and *Daubert* motion | |
| 41 | 12/05/2012 | New York State Department of Financial Services ***In the Matter of Ocwen Loan Servicing, LLC*** – Consent Order<br><br>Saccameno000785-000793 | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 42 | 12/19/2013 | ***In Re: Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*** – Multi-State Settlement Agreement and Consent Order<br><br>Saccameno000794-000994 | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 43 | 02/26/2014 | ***CFPB et al v. Ocwen Financial and Ocwen Loan Servicing, LLC*** – Consent Judgment<br><br>Saccameno001007-001179 | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 44 | 12/22/2014 | New York State Department of Financial Services | **OBJECTION** – see motion *in limine* re regulatory actions | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | ***In the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC*** – Consent Order<br><br>Saccameno001180-001201 | | |
| 45 | 04/20/2017 | United States District Court Southern District of Florida ***CFPB v. Ocwen*** (9:17-CV-80495) – Complaint<br><br>Saccameno001303-001395 | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 46 | 04/20/2017 | ***In the Matter of Ocwen Loan Servicing***<br>North Carolina Before the Commissioner of Banks, (Docket No. 17:025:MBB) Cease and Desist Order | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 47 | 04/20/2017 | ***In the Matter of Ocwen Loan Servicing***<br>Massachusetts Before the Commissioner of Banks (Docket No. 2017-001) Findings of Fact and Temporary Order to Cease and Desist and Order to Show Cause | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 48 | 09/28/2017 | ***Ocwen v. Georgia***<br>Georgia Department of Banking and Finance (DBF-MBL-17-0002) Consent Order | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 49 | 09/28/2017 | ***In the Matter of: Ocwen Loan Servicing*** | **OBJECTION** – see motion *in limine* re regulatory actions | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | Michigan Department of Insurance and Financial Services (17-14825) Consent Order | | |
| 50 | 09/28/2017 | ***In the Matter of: Ocwen Loan Servicing, et al.*** Illinois Department of Financial and Professional Regulation (2017-MBR-CD-01-b) Consent Order | **OBJECTION** – see motion *in limine* re regulatory actions | |
| 51 | | ***Daugherty v. Ocwen, et al***. (W.VA, May 23, 2016). A federal jury awarded David M. Daugherty of Vienna, West Virginia $6,128.39 in compensatory damages and $2.5 million in punitive damages, finding that Ocwen willfully violated the FCRA. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 52 | | ***Drew v. Ocwen*** (U.S.D.C., MDFL, 8:14-cv-369-T-26TGW). Jury verdict was entered for Drew in the amount of $327,000 against Ocwen for violating the TCPA by making 218 calls to plaintiff's cell phone regarding a discharged debt. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 53 | | ***Cornejo v. Ocwen*** (EDCA 1-15-cv-993). A jury returned a verdict against Ocwen for $339,642 for "dual-tracking" in violation of California's | **OBJECTION** – see motion *in limine* re prior lawsuits | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | homeowner's bill of rights. Court entered judgment in favor of plaintiffs in an amount that includes the actual economic damages and treble the actual economic damages but does not include emotional distress. | | |
| 54 | | ***Guzman v. Ocwen Federal Bank, et al.*** (03-CV-61011-2, Nueces County, TX). A jury found Ocwen Federal Bank (this defendant's predecessor) guilty of malfeasance and criminal conduct and awarded plaintiff $3 million.<br><br>*Saccameno in the process of obtaining Certified copies* | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 55 | | ***Sealy Davis v. Ocwen Federal Bank, et al***. (04-CV-1469, Galveston County, TX, November 29, 2005). A Galveston, Texas jury awarded $11.5 million to Davis ($10 million in punitive damages and $1.5 million for mental anguish and economic damages). | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 56 | | ***Norman v. Deutsche Bank National Trust Co. and Ocwen Loan Servicing, et al***. (Yellowstone County, | **OBJECTION** – see motion *in limine* re prior lawsuits | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | Montana District Court, November 2015, Case Number DV 12-1638). The Montana jury awarded the Normans $450,000 in compensatory damages and $1.6 million in punitive damages.<br><br>*Saccameno in the process of obtaining Certified copies* | | |
| 57 | | ***Deutsche Bank National Trust Company v. Caldwell v. Ocwen Loan Servicing, LLC*** (Mobile County, Alabama, Circuit Court Case No. CV-2010-901880, December 2015). The Mobile, Alabama jury awarded $25,000 in compensatory damages and $375,000 in punitive damages to the Caldwells whose home was wrongfully foreclosed on by Deutsche Bank and its servicer, Ocwen. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 58 | | ***Cartel Asset Mgmt. v. Ocwen Fin. Corp.*** (2011 U.S. Dist. LEXIS 37120, *10). Cartel sued Ocwen and its affiliates for theft of a trade secret. A jury returned a verdict for Cartel for more than $12.72 million in | **OBJECTION** – see motion *in limine* re prior lawsuits | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | compensatory and punitive damages. Final judgment entered in the total amount of $14,574,183: $6,359,588 as damages for unjust enrichment; $855,007 as prejudgment interest; $7,359,588 as punitive damages based on the jury verdict; post judgment interest accrued at the rate of 0.26 percent per annum; and plaintiff awarded its costs. | | |
| 59 | | ***Arrington v. Ocwen Loan Servicing, LLC, (In re Arrington)*** (2017 Bankr. LEXIS 3228*). Ocwen's failure to credit payments received under a confirmed Bankruptcy plan, improperly charging fees, improperly reporting mortgage as in default. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 60 | | ***In re Adams*** (2010 Bankr. LEXIS 2207*; 2010 WL 2721205). Ocwen was in contempt of both the Bankruptcy discharge order and the order that clearly deemed the debtors' mortgage current as of the date and specifically prohibited actions contrary to that conclusion. | **OBJECTION** – see motion *in limine* re prior lawsuits | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 61 | | ***In re Dogar-Marinesco*** (2016 Bankr. LEXIS 4111*). Court finds OneWest, ***Ocwen***, Wells Fargo, RAS Boriskin and Duane Morris LLP in violation of the discharge injunction. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 62 | | ***In re McKain*** (2009 Bankr. LEXIS 2519*; 2009 WL 2848988). Ocwen repeatedly abused the claims process and failed to honor the Bankruptcy discharge injunction. The court found that Ocwen "*has a clear pattern of abusing the claims process by ignoring the discharge injunction or attempting to collect undisclosed debts*" and required Ocwen to institute the accounting procedures set forth by the Court. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 63 | | ***In re Perviz*** (302 B.R. 357 *; 2003 Bankr. LEXIS 1647**). Ocwen and law firm found in contempt for violating automatic stay and discharge. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 64 | | ***In re Todt*** (567 B.R. 667*; 2017 Bankr. LEXIS 1337**; 2017 BNH 007; 77 Collier Bankr. Cas.2d (MB) 1353). Ocwen violated discharge injunction. | **OBJECTION** – see motion *in limine* re prior lawsuits | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 65 | | ***Phillips v. Deutsche Nat'l Trust (In re Phillips)*** (2011 Bankr. LEXIS 3780). Ocwen and Deutsche Bank violated discharge injunction. Mortgage account deemed current as of June 30, 2007, Ocwen failed to properly credit payments to achieve a current status, deemed account delinquent and in default resulting in injury to debtors. | **OBJECTION** – see motion *in limine* re prior lawsuits | |
| 66 | 09/30/2017 | Ocwen Financial Corporation Form 10-Q | **OBJECTION** – see motion *in limine* punitive damages and motion to bifurcate | |
| 67 | 01/19/2015 | Potestivo Letter to David Cohen - Reinstatement Amount through 02/06/2015 = $36,572.43<br><br>2nd Amended Complaint *Exhibit J* | No Objection | |
| 68 | 03/26/2014 | Ocwen acknowledgment of request for research<br><br>Ocwen.Sacc.000241 | No Objection | |
| 69 | 04/09/2014 | Ocwen Response to Van Sky's "Request for Information"<br><br>Ocwen.Sacc.002017-002030 | No Objection | |
| 70 | 10/22/2014 | SSC Brentwood Operating Company LLC letter to | **OBJECTION** – FRE 801 and 802 | |

| Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|
| | Saccameno offering position of Director of Nursing<br><br>Saccameno 000027-000032 | | |