# "EXHIBIT B" to Pretrial Order

# Defendants' Exhibit List

|   | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| 1 | 07/09/2013 | Ocwen letter re delinquency and affordable loan plans Ocwen.Sacc. 000272-000274 | | |
| 2 | 07/16/2013 | Ocwen letter re relationship manager-solutions for loan Ocwen.Sacc. 001908-001910 | | |
| 3 | 07/16/2013 | Ocwen letter re HAMP option Ocwen.Sacc.000258-000271 | | |
| 4 | 08/14/2013 | Ocwen letter re payment history Ocwen.Sacc. 000279-000290 | | |
| 5 | 08/14/2013 | Ocwen letter re Plaintiff's questions re refinancing Ocwen.Sacc. 000244-000245 | | |
| 6 | 11/19/2013 | Ocwen letter re delinquency and affordable loan plans Ocwen.Sacc.000255-000257 | | |
| 7 | 01/04/2014 | Ocwen letter re delinquency and affordable loan plans Ocwen.Sacc. 000252-000254 | | |
| 8 | 01/07/2014 | Ocwen letter re delinquency | | |

| | Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|---|
| | | and affordable loan plans Ocwen.Sacc. 000249-000251 | | |
| 9 | 01/14/2014 | Ocwen letter re mortgage assistance and relationship manager Ocwen.Sacc.001911-001914 | | |
| 10 | 03/18/2014 | Ocwen letter re RMA Ocwen.Sacc.001870-001887 | | |
| 11 | 03/26/2014 | Ocwen letter re request for loan information Ocwen.Sacc. 000241 | | |
| 12 | 04/08/2014 | Ocwen letter to Susan Van Sky re loan and reinstatement quote Ocwen.Sacc. 002031-002032 | | |
| 13 | 04/09/2014 | Ocwen letter to Susan Van Sky re loan transaction history Ocwen.Sacc. 002017-002030 | | |
| 14 | 04/09/2014 | Ocwen letter to Susan Van Sky re loan Ocwen.Sacc.00242-00243 | | |
| 15 | 04/30/2014 | Ocwen letter re delinquency and affordable loan plans Ocwen.Sacc. 000246-000248 | | |
| 16 | 02/13/2015 | Ocwen letter re loan modification proposal Ocwen.Sacc.001929-001937 | | |
| 17 | 07/09/2015 | Ocwen letter re loan | | |

| Date of Document | Description of Document | Objection to Admission, (*if so, statement of asserted basis of admissibility*) | Admissibility / Statement |
|---|---|---|---|
| | modification proposal Ocwen.Sacc.001919-001928 | | |