UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONETTE E. SACCAMENO,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007, RP1,<br><br>Defendants. | Case No.: 1:15-cv-01164<br><br>Honorable Joan B. Gottschall<br><br>Magistrate Judge Susan E. Cox |

**PLAINTIFF MONETTE SACCAMENO'S UNOPPOSED MOTION TO EXTEND DEADLINES TO RESPOND TO MOTIONS TO RECONSIDER AND MOTIONS IN LIMINE (DOCS. 170, 172, 175, 177, 179, 181, 183, 185, 187, 189, AND 191)**

Plaintiff Monette Saccameno files this Unopposed Motion to Extend Deadlines to Respond to Motions to Reconsider and Motions *in Limine* (Docs. 170, 172, 175, 177, 179, 181, 183, 185, 187, 189, and 191), as follows:

1) The Court set a deadline for response to the defendants' motions to reconsider and motions in limine (Docs. 170, 172, 175, 177, 179, 181, 183, 185, 187, 189, and 191) for December 29, 2017.

2) Undersigned lost several days of writing and researching time over the last two weeks due to (1) undersigned counsel's family responsibilities related to visitation with his youngest daughter requiring extensive travel absorbing two days of his work time; (2) the parties joint efforts to resolve as much of the pre-trial submissions by agreement as possible taking a substantial part of several days; and (3) the Christmas holidays.

3) Undersigned and his colleagues have worked diligently on these motions and have made substantial progress but cannot complete all of them for submission by tonight's midnight deadline.

4) Undersigned requested Defendants' agreement to an extension of seven (7) days to respond to all of these motions up to and including January 5, 2018.

5) Defendants' agreed to said extension on condition the Court would extend their time to

    reply until January 19, 2018. Saccameno does not oppose such an extension.

6) Based upon the parties' agreement, Saccameno moves, unopposed, for an extension of the time to reply from December 29, 2017 until January 5, 2018.

7) Further, Saccameno requests that the Court extend the time for Defendants' replies until January 19, 2018.

## RELIEF REQUESTED

Based upon the foregoing, Saccameno requests that the Court extend the deadline for her response to the motions filed at Docs. 170, 172, 175, 177, 179, 181, 183, 185, 187, 189, and 191 until January 5, 2018.

Saccameno further requests that Defendants' time to file their replies be extended to January 19, 2018.

Saccameno requests any other relief the Court deems proper and necessary to do justice.

December 29, 2017                                         Respectfully submitted on behalf of
                                                                              Plaintiff Monette Saccameno,

                                                                              */s/ Nick Wooten*
                                                                              Nick Wooten
                                                                              NICK WOOTEN, LLC
                                                                              4935 Bay Hill Drive
                                                                              Conway, Ar. 72034
                                                                              (334) 887-3000
                                                                              nick@nickwooten.com

                                                                              Mohammed O. Badwan
                                                                              Ross M. Zambon (*Of Counsel*)
                                                                              Ahmad Tayseer Sulaiman
                                                                              SULAIMAN LAW GROUP, LTD.
                                                                              2500 South Highland Avenue
                                                                              Suite 200
                                                                              Lombard, Illinois 60148
                                                                              (630) 575-8181 (office)
                                                                              mbadwan@sulaimanlaw.com
                                                                              rzambon@sulaimanlaw.com
                                                                              ahmad.sulaiman@sulaimanlaw.com

                                                                              *Attorneys for Plaintiff Monette Saccameno*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2017, a true and correct copy of the foregoing **PLAINTIFF MONETTE SACCAMENO'S UNOPPOSED MOTION TO EXTEND DEADLINES TO RESPOND TO MOTIONS TO RECONSIDER AND MOTIONS *IN LIMINE* (DOCS. 170, 172, 175, 177, 179, 181, 183, 185, 187, 189, AND 191).** was served upon counsel of record via electronic filing:

Alexander D. Bono
Lynne E. Evans
Kelly K. Huff
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1181 (office)
abono@duanemorris.com
leevans@duanemorris.com
kkhuff@duanemorris.com

*Attorneys for Defendants Ocwen Loan Servicing, LLC and U.S. Bank National Association*

/s/ Nick Wooten
Nick Wooten