**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MONETTE E. SACCAMENO, | : |
| Plaintiff, | : Case No. 1:15-cv-1164 |
| v. | : Hon. Joan B. Gottschall |
| OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1, | : Magistrate Judge Susan E. Cox |
| Defendants. | : |

TO:    Nicholas Wooten, Esq.
        Nick Wooten, LLC
        4935 Bay Hill Drive
        Conway, AR 72034
        Tel: (334) 887-3000
        nick@nickwooten.com

**NOTICE OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Please take notice that pursuant to Local Rule 78.1, on **April 9, at 9:30 a.m.**, Alexander D. Bono shall appear before the Honorable Joan B. Gottschall, in Courtroom 2325, U.S. Courthouse, 219 S. Dearborn St., Chicago, Illinois, and shall present Defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1's Motion for Judgment As A Matter of Law.

Dated: April 9, 2018        By:   /s/ *Lynne E. Evans*           

Alexander D. Bono (Fed. Bar ID 25845)
Lynne E. Evans (Fed. Bar ID 313479)
Kelly K. Huff (Fed. Bar ID 319084)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 9, 2018, she caused the foregoing Notice of Motion for Judgment As A Matter of Law to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

/s/ *Lynne E. Evans*       

DM1\8612216.2