**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MONETTE E. SACCAMENO, | |
| Plaintiff, | |
| v. | Honorable Joan B. Gottschall |
| OCWEN LOAN SERVICING, LLC; and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007, RP1, | Case No.: 15-cv-01164  Jury Trial Demanded |
| Defendants. | |

## PLAINTIFF'S REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF OCWEN REGULATORY SETTLEMENTS

Plaintiff Monette E. Saccameno, by and through counsel, submits this request for the Court to take judicial notice of the two Ocwen regulatory settlements at Exhibits 42 and 44. In support of this motion, Saccameno submits the following:

### INTRODUCTION

Despite the Parties' agreement that Gina Feezer would serve as corporate representative for Ocwen at trial, Gina Feezer took the position that Ocwen was not aware of its regulatory obligations under the National Mortgage Settlement (Ex. 42) and their December 22, 2014 settlement with the NYDFS. Because of the feigned ignorance of the Corporate Representative, Saccameno was denied the opportunity to examine the Corporate Representative on these matters. Ocwen, on direct examination took the position that it was a model corporate citizen and takes the position in its Rule 50 motion that its conduct does not cause general consumer harm. It is

appropriate for the Court to take judicial notice of these regulatory obligations to prevent Ocwen from making a mockery of this trial.

## ARGUMENT

The Seventh Circuit is clear that this Court may take judicial notice of the decisions of other courts. The lead case on this issue holds:

> "This court, however, has the power, in fact the obligation, to take judicial notice of the relevant decisions of courts and administrative agencies, whether made before or after the decision under review. Determinations to be judicially noticed include " 'proceedings in other courts, both within and outside of the federal judicial system, if the proceedings have a direct relation to matters at issue. Indeed, it is a well-settled principle that the decision of another court or agency, including the decision of an administrative law judge, is a proper subject of judicial notice."

> *Opoka v. INS*, 94 F.3d 392, 394 (7th Cir. 1996)(Internal Citations Omitted)

Saccameno requests that the Court take judicial notice of the operative consent decrees and consent judgments and provide the following instructions to the jury to address exhibits 42 and 44:

I have taken judicial notice of two regulatory settlements involving Ocwen. I have admitted into evidence portions of those documents for your consideration in this case. The relevant portions of these documents are at Plaintiff's Exhibits 42 and 44. You should give no greater weight to this evidence than any other evidence in this case.

Saccameno believes that this statement of judicial notice would resolve any concerns about explaining the exhibits in context and prevents Ocwen from gaining for its willful ignorance regarding these exhibits. Further, Ocwen is protected by the Court's direction not to give special weight to this evidence.

## REQUEST FOR RELIEF

Saccameno has included her proposed statement regarding judicial notice for revised Exhibits 42, 44. Saccameno requests the Court provide this instruction to the jury to address these exhibits in the form that the Court has approved these exhibits.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court grant the relief Saccameno has requested.

Dated:  April 9, 2018.

Respectfully Submitted,

*/s/ Nick Wooten*
Nick Wooten, Esq.
Nick Wooten, LLC
4935 Bay Hill Drive
Conway, AR 72034
Phone: (334) 887-3000
Email: nick@nickwooten.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 9, 2018, a true and correct copy of the foregoing was served upon counsel of record via electronic filing:

Alexander D. Bono (Fed. Bar ID 25845)
Lynne E. Evans (Fed. Bar ID 313479)
Kelly K. Huff (Fed. Bar ID 319084)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendants, Defendants Loan Servicing, LLC and*
*U.S. Bank National Association, as trustee for*
*C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1*

*/s/ Nick Wooten*
Nick Wooten