IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Monette E. Saccameno, <br><br> Plaintiff(s), <br><br> v. <br><br> Ocwen Loan Servicing, LLC, and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RPI, <br><br> Defendant(s). | Case No. 15 cv 1164 <br> Judge Gottschall |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered in favor of the plaintff, Monette E. Saccameno and against defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association on Count I and against defendant, Ocwen Loan Servicing, LLC on Counts II and IV. Plaintiff is awarded actual damages on Counts I, II and IV in the amount of $500,000; in favor of the plainitff, Monette E. Saccameno and against defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association on Count III in the amount of $12,000 for economic loss and $70,000 for non-economic loss. Plaintiff is awarded punitive damages in the amount of $3,000,000. Post-judgment interest accrues on the amount of the judgment at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

This action was:

☒ tried by a jury with Judge Joan B. Gottschall presiding, and the jury has rendered a verdict.

Date: April 13, 2018

Joan B. Gottschall
United States District Judge