IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONETTE E. SACCAMENO,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1,<br><br>    Defendants. | Case No. 1:15-cv-1164<br><br>Hon. Joan B. Gottschall<br><br>Magistrate Judge Susan E. Cox |

**JOINT STATUS REPORT ON FINALIZATION OF SETTLEMENT
OF BANKRUPTCY DISCHARGE COUNT VI**

Plaintiff Monette E. Saccameno, and Defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1, through counsel, hereby notify the Court that Plaintiff and Defendants have finalized the terms and the parties have fully executed the settlement agreement resolving Bankruptcy Discharge Injunction, 11 U.S.C. 524 (Count VI). The Parties agree that the Court can enter a final judgment under Rule 58 in accordance with the parties' prior agreements. As noted in Docket Entry 291, the Parties agree that Ocwen shall be allowed to post a supersedeas bond in the amount of $3,662,020.40 by a surety acceptable to the Clerk of Court.

Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten
Nick Wooten, LLC
4935 Bay Hill Drive
Conway, Ar. 72034
(334) 497 – 2132 (mobile)
nick@nickwooten.com

/s/ *Brett L. Messinger*
Alexander D. Bono
Brett L. Messinger
Lynne E. Evans
Kelly K. Huff
**DUANE MORRIS LLP**
30 South 17th Street

Mohammed O. Badwan
Ross M. Zambon (*Of Counsel*)
Ahmad Tayseer Sulaiman
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181 (office)
mbadwan@sulaimanlaw.com
rzambon@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com

*Attorneys for Plaintiff*

Dated: June 8, 2018

Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1*