IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONETTE E. SACCAMENO, | : |
| Plaintiff, | : Case No. 1:15-cv-1164 |
| v. | : Hon. Joan B. Gottschall |
| OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1, | : Magistrate Judge Susan E. Cox |
| Defendants. | : |

## JUDGMENT

Pursuant to the jury verdict entered in favor of Monette E. Saccameno it is ORDERED that a final Judgment pursuant to Rule 58 is hereby entered as follows:

(1) in favor of the plaintiff, Monette E. Saccameno and against defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1 on Count I, and against defendant, Ocwen Loan Servicing, LLC on Counts II and IV. Plaintiff is awarded actual damages in the amount of $500,000 on Counts I, II and IV.

(2) in favor of the plaintiff, Monette E. Saccameno and against defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1 on Count III in the amount of $12,000 for economic loss and $70,000 for non-economic loss and punitive damages in the amount of $3,000,000.

(3) Count V is dismissed with prejudice pursuant to the memorandum opinion and order entered November 8, 2017.

(4) Count VI only of the complaint is dismissed without prejudice to become with prejudice after the expiration of 30 days unless any party moves to reinstate said count.

(5) Post-judgment interest accrues on the amount of the judgment at the rate provided by law from the date of this judgment.

(6) Plaintiff shall recover costs from defendants.

Done this, _21st_, day of _June_, 2018.

_____
The Honorable Joan B. Gottschall
United States District Judge