# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MONETTE E. SACCAMENO,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1,

        Defendants.

Case No. 1:15-cv-1164

Hon. Joan B. Gottschall

**DEFENDANTS' REPORT ON PROGRESS OF NEGOTIATIONS ABOUT PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's order dated October 11, 2018 (ECF No. 336), Defendants make the following report about the progress of the parties' negotiations about Plaintiff's request for an award of attorneys' fees and costs:

1. After several weeks of negotiations, the parties reached an agreement on Plaintiff's request for attorneys' fees and costs on December 4, 2018.

2. The parties' agreement had three components:

    a. The parties agreed that $750,000 represents the reasonable amount of attorneys' fees and costs of litigation incurred by Plaintiff's counsel through April 30, 2018;

    b. The parties agreed that Defendants retained the right to challenge Plaintiff's entitlement to attorneys' fees and costs depending on the Court's resolution of Defendants' pending post-judgment motions and the outcome of any appeal by Defendants; and

DM1\9220430.3

c. The parties agreed that Defendants would not need to post additional security beyond the supersedeas bond that they originally filed.

3. The terms of this agreement are memorialized in the attached email exchanges between counsel on December 4, 2018.

4. Pursuant to the agreement of counsel, Defendants' counsel drafted a stipulation to request the Court's approval for the parties' agreement.

5. On the morning of December 6, Plaintiff's counsel proposed minor changes to the stipulation and the use of a separate proposed order that mirrored the terms of the stipulation. Within one hour, Defendants accepted those suggestions and sent the revised documents to Plaintiff's counsel for final approval before filing.

6. In an email sent on the evening of December 6, however, Plaintiff's counsel reneged on the parties' agreement that Defendants would not post additional security in light of the award of attorneys' fees and costs. Plaintiff's counsel now "insist[ed] on the bond being raised to the new amount of the judgment including the award of fees and costs pending the outcome of the post-trial motions and any appeals."

7. Defendants had conditioned their agreement on the reasonable amount of fees and costs on Plaintiff's agreement that no additional security would be required.

8. The terms the parties' agreement were final and memorialized in writing. Those terms included that Defendants would not post additional security.

9. The eleventh-hour attempt by Plaintiff's counsel to renegotiate the parties' agreement undermines the parties' successful resolution of the issue without burdening the Court with further litigation.

DM1\9220430.3

Dated: December 7, 2018					By:  /s/ *Brett L. Messinger*
Alexander D. Bono (Fed. Bar ID 25845)
Brett L. Messinger (Fed. Bar ID 63020)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000

*Attorneys for Defendants, Ocwen Loan Servicing, LLC and U.S. Bank National Association, as trustee for C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 7, 2018, he caused the foregoing Defendants' Report on Progress of Negotiations About Plaintiff's Request for Attorneys' Fees and Costs to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

                                                   /s/ *Brett L. Messinger*