# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Monette E. Saccameno

                          Plaintiff,

v.                                                    Case No.: 1:15–cv–01164
                                                      Honorable Joan B. Gottschall

Ocwen Loan Servicing, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: In court hearing held on 1/9/2019. Counsel addressed the court regarding settlement discussions regarding attorneys' fees (see ECF Nos. [340] and [342]) and increasing the amount of the supersedeas bond. Counsel stipulated that they reached an agreement, subject to certain conditions listed in their status reports, to the amount for reasonable attorneys' fees is $750,000. Argument heard on whether the amount in the bond filed 7/5/2018 should be increased to secure fully the agreed amount of attorney's fees. For the reasons given in open court and after considering the factors set forth in Dillon v. City of Chicago, 866 F.2d 902, 90405 (7th Cir. 1988), the court determines that increasing the bond amount is unnecessary. The parties will confer and send a proposed order to chambers by and including 1/16/2019. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.