**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONETTE E. SACCAMENO, | : |
| Plaintiff, | : Case No. 1:15-cv-1164 |
| | : |
| v. | : Hon. Joan B. Gottschall |
| | : |
| OCWEN LOAN SERVICING, LLC, and U.S. | : |
| BANK NATIONAL ASSOCIATION, *as trustee for* | : |
| C-Bass Mortgage Loan Asset-Backed Certificates, | : |
| Series 2007 RP1, | : |
| | : |
| Defendants. | : |
| | : |

**ORDER REGARDING INTERIM AWARD OF ATTORNEYS' FEES AND COSTS
PURSUANT TO LOCAL RULE 54.3(e)(4)(B)**

Pursuant to the parties' agreement regarding reasonable attorneys' fees and costs and to

Local Rule 54.3(e)(4)(B), it is ORDERED that:

1.      Plaintiff is awarded $750,000 as an interim award of attorneys' fees and costs of

litigation incurred by Plaintiff's counsel through April 30, 2018.  The Court believes, in light of

all relevant factors, that this amount is reasonable.

2.      This amount will be awarded by separate order.

3.      Defendants reserve the right to challenge the recoverability of some or all of

Plaintiff's attorneys' fees and costs incurred through April 30, 2018 if the Defendants' post-

judgment motions or any appeal is successful.

4.      This Order does not preclude a final fee petition by Plaintiff's counsel for

attorneys' fees incurred after April 30, 2018 upon a final non-appealable verdict in the Plaintiff's

favor in this matter.

5.      The Court has determined that increasing the bond amount is unnecessary at this time. However, in the event the Plaintiff develops a good faith basis for concern regarding the solvency of the Defendants, the Plaintiff may make a motion requesting an increase in the bond at that time.

**IT IS SO ORDERED** this ⎣ day of _____, 2019.

_____
Joan B. Gottschall
United States District Judge

DM1\9218026.1