# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MONETTE E. SACCAMENO,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, and U.S. BANK NATIONAL ASSOCIATION, *as trustee for* C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007 RP1,

        Defendants.

Case No. 1:15-cv-1164

Honorable Joan B. Gottschall

## PAINTIFF'S STATUS REPORT ON REMAINING ISSUES AFTER CIRCUIT OPINION

Plaintiff Monette E. Saccameno files this status report to provide notice to the Court that there are at least three issues remaining in this case, two of which may necessitate the Court's involvement.

First, Saccameno intends to seek a Writ of Certiorari from the Supreme Court regarding the Seventh Circuit's decision. Second, Saccameno reminds the Court that the parties only resolved the issue of interim attorneys' fees and costs in this matter through April 30, 2018. The parties will still be required to resolve the amount of attorney's fees and costs incurred after April 30, 2018. Saccameno requests an order from this Court directing the parties to engage in the local rule 54.3 process for determining the fees and costs that should be paid for the time expended after April 30, 2018.

Lastly, Saccameno believes the Court's order amending the judgment (Doc. 373) contains a scrivener's error in point 5. Saccameno believes this Court intended to order that post-judgment interest accrued from the date judgment was first entered in the case. Point 5 seems to order interest to accrue only from the date of the amended judgment was made, almost two years later.

Saccameno will confer with Ocwen's counsel to determine if there is any opposition to such a motion and will file a very simple motion on the point after that conference.

Done and filed this 1st day of February 2020.

Respectfully submitted,

*/s/ Nick Wooten*
Nick Wooten
Nick Wooten, LLC
5125 Burnt Pine Drive
Conway, Ar. 72034
(833) 937-6389
nick@nickwooten.com

Mohammed O. Badwan
Ross M. Zambon (*Of Counsel*)
Ahmad Tayseer Sulaiman
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181 (office)
mbadwan@sulaimanlaw.com
rzambon@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 1, 2020, a true and correct copy of the foregoing **PAINTIFF'S STATUS REPORT ON REMAINING ISSUES AFTER CIRCUIT OPINION** was served upon counsel of record via electronic filing.

*/s/ Nick Wooten*
Nick Wooten