**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Monette E. Saccameno

                    Plaintiff,

v.                                    Case No.: 1:15−cv−01164

                                    Honorable Joan B. Gottschall

Ocwen Loan Servicing, LLC, et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: In light of plaintiff's representations that there may be a question about the language of paragraph five of the amended judgment entered 1/30/2020, that plaintiff intends to file a petition for a writ of certiorari with the Supreme Court, the amended judgment entered 1/30/2020 [373] is withdrawn. See Fed. R. Civ. P. 59(e). The parties shall confer and file a status report on or before 2/10/2020. The status report shall indicate whether the parties agree on the post−judgment interest question concerning paragraph five and, if not, propose a schedule for briefing the issue. The parties should also propose a schedule for conducting the Local Rule 54.3 process regarding attorneys' fees incurred on or after 4/30/2018. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.